KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

GREGG W. LOWDER (CSBN 107864)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6960
   Fax: (415) 436-7044

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>PHILLIP JIUNTI,<br><br>   Defendant. | No.   CR 06-0115 WHA<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME FROM<br>FEBRUARY 15, 2006 THROUGH<br>APRIL 4, 2006 FROM CALCULATIONS<br>UNDER THE SPEEDY TRIAL ACT (18<br>U.S.C. § 3161) |

     On February 15, 2006, the defendant appeared for initial appearance before this Court. Josh Cohen, Assistant Federal Public Defender, represented the defendant. The United States was represented by Assistant United States Gregg W. Lowder.

     The Court continued the matter to April 4, 2006 @ 2:00 p.m. for hearings on the defense pretrial motions. The defense pretrial motions shall be filed on March 7, 2006; the government's opposition shall be filed March 21, 2006; the defendant's reply shall be filed on March 28; and an April 4 hearing is set for arguments on the motions. The Court also sets the date of March 7, 2006 @ 2:00 p.m. as a status conference/change of plea date.

     The parties agree and seek to exclude time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from February 15, 2006 through April 4, 2006 for effective preparation of the counsel in preparing and filing the above motion papers, for continuity of counsel due to

Order re Speedy Trial Exclusion of Time
CR 06-0015 WHA

government counsel's unavailability to work on this case from February 20 through February 24, 2006, and due to the pendency of motions from March 7 through April 4, 2006. The parties request the Court find and order that the time from February 15, 2006 through April 4, 2006 be excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the following reasons:

    1. The attorney for the defendant requests the Court order time excluded time under the Speedy Trial Act in order to allow time to effectively prepare the defense of this case in light of the motions that need to be prepared for filing on March 7, 2006; agrees that the time should be excluded for February 20 through 24, 2006 due to unavailability of government counsel; and requests that time be excluded from March 7, 2007 through April 4, 2006, due to the pendency of pretrial motions. The attorney for the defendant agrees that the exclusion of time from February 15, 2006 through April 4, 2006 is appropriate under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F) & (h)(8)(B)(iv);

    2. The defendant joins in the request to exclude time from February 15, 2006 through April 4, 2006 for the reasons stated above; and

    3. The attorney for the government requests that time be excluded due to unavailability of government counsel from February 20 through 24, 2006, since he is scheduled to be out of state on business, and agrees that, due to the need for effective preparation of motion papers and the pendency of motions, time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F) & (8)(B)(iv) from February 15, 2006 through April 4, 2006.

Given these circumstances, the Court finds that the ends of justice served by excluding from calculations the time period from February 15, 2006 through April 4, 2006, outweigh the best interests of the public and the defendant in a speedy trial, pursuant to the Speedy Trial Act,

///
///
///
///

1  18 U.S.C.§ 3161(h)(1)(F) & (8)(B)(iv), and orders that the time from February 15, 2006 through
2  April 4, 2006 is excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161.
3  **SO STIPULATED**:

4  DATED: 2/16/06
5  JOSH COHEN
   Attorney for Defendant

7  DATED: 2/15/06
   GREGG W. LOWDER
8  Assistant United States Attorney

9  **IT IS SO ORDERED**.

10
11  DATED: March 1, 2006
    WILLIAM ALSUP
    United States District Judge
    Judge William Alsup