# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 06-00015-1 WHA |
| ) | |
| Phillip Jiunti ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ May 30, 2006 _____ be continued until _____ July 18, 2006 _____ at _____ 2:00 p.m. _____.

5-11-06

Date: _____    _____
William Alsup
United States District Judge

NDC-PSR-009 12/06/04